IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELO BLAKELY,
ADC #136684                                                                     PLAINTIFF

VS.                              4:20-CV-00076-BRW-JJV

LACRETIA FLOWERS, Lieutenant,
Faulkner County Detention Center, *et al.*                                      DEFENDANTS

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted. Dismissal is a strike, and I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 12th day of February 2020.

> Billy Roy Wilson_____
> UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3) and (g).

1