**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**


**ANGELO BLAKELY,**
**ADC #136684**                                                                                      **PLAINTIFF**

**VS.**                                            **4:20-CV-00076-BRW-JJV**

**LACRETIA FLOWERS, Lieutenant,**
**Faulkner County Detention Center,** *et al.*                                       **DEFENDANTS**


<u>**JUDGMENT**</u>

Based on the Order entered today, this case is dismissed without prejudice. I certify that

an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 12th day of February 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1]   28 U.S.C. § 1915(a)(3).